No. 96–7332 (A–82). WEST *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 520 U. S. 1242. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.

AUGUST 1, 1997

No. 97–197. IN RE CALDERON, WARDEN. Motion of petitioner to proceed with 8½- by 11-inch paper granted. Motion of petitioner to expedite consideration of petition for writ of mandamus granted. Petition for writ of mandamus denied.

AUGUST 4, 1997

No. D–1803. IN RE DISBARMENT OF SCHWARTZ. Disbarment entered. [For earlier order herein, see 520 U. S. 1208.]

No. D–1804. IN RE DISBARMENT OF COOLEY. Disbarment entered. [For earlier order herein, see 520 U. S. 1208.]

No. D–1813. IN RE DISBARMENT OF WEISMAN. David S. Weisman, of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 23, 1997 [*ante,* p. 1101], is discharged.

No. D–1819. IN RE DISBARMENT OF KRAMER. Michael A. Kramer, of Casselberry, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1820. IN RE DISBARMENT OF FRANZEN. Charles Robert Franzen, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.